## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

January 30, 2025



Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Richard Carroll Klugh Jr.
Law Office of Richard C. Klugh
40 NW 3RD ST PH1
MIAMI, FL 33128

Amy Morse
King / Morse, PLLC
2240 PALM BEACH LAKES BLVD STE 300
WEST PALM BEACH, FL 33409

Amanda Perwin
U.S. Attorney Service - SFL
99 NE 4TH ST FL 5
MIAMI, FL 33132-2111

Lisa Tobin Rubio
U.S. Attorney Service - SFL
99 NE 4TH ST FL 5
MIAMI, FL 33132-2111

Jeremy Raymond Sanders
U.S. Department of Justice
Criminal Division, Fraud Section
1400 NEW YORK AVE NW FL 4
WASHINGTON, DC 20005-2107

U.S. Attorney Service - Southern District of Florida
U.S. Attorney Service - SFL
99 NE 4TH ST FL 5
MIAMI, FL 33132-2111

Appeal Number: 22-11995-HH  ; 22-12125 -HH
Case Style: USA v. Mark Agresti
District Court Docket No: 9:18-cr-80124-RAR-2

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:   404-335-6100      Attorney Admissions:            404-335-6122
Case Administration:   404-335-6135      Capital Cases:                  404-335-6200
CM/ECF Help Desk:      404-335-6125      Cases Set for Oral Argument:    404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 22-11995

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

*versus*

MARK AGRESTI,

                              Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:18-cr-80124-RAR-2

Case 9:18-cr-80124-RAR   Document 633   Entered on FLSD Docket 01/30/2025   Page 4 of 5
USCA11 Case: 22-11995   Document: 28-2   Date Filed: 01/30/2025   Page: 2 of 3

2　　　　　　　　　　　　　Order of the Court　　　　　　　　　　　　22-11995

No. 22-12125

---

UNITED STATES OF AMERICA,

                  Plaintiff-Appellee,

versus

MARK AGRESTI,

                  Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:18-cr-80124-RAR-2

---

Before ROSENBAUM, LAGOA, and ABUDU, Circuit Judges.

BY THE COURT:

 "Appellant Mark Agresti's Unopposed Motion to Relinquish Jurisdiction" is GRANTED. The Court hereby REMANDS in full Case No. 22-11995 to the district court for further proceedings consistent with its order granting Appellant's motion for a new trial.

 Upon review, the Court also *sua sponte* REMANDS Case No. 22-12125 in full.

22-11995                  Order of the Court                  3

The Clerk of Court is DIRECTED to close these appeals.