UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-80124-RUIZ

UNITED STATES OF AMERICA

v.

MARK AGRESTI,
            Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE THE STATUS CONFERENCE

The United States files this Unopposed Motion to Continue the Status Conference, and respectfully requests that it be re-set for the week of February 17, 2025. February 17th is a federal holiday, so the Government respectfully requests that the status conference be set at any time between February 18-20, preferably the 18th or 19th given the parties schedules.

1. On January 30, 2025, the Court granted Defendant's Motion for a New Trial, and set a status conference in this matter for Wednesday, February 12, 2025, at 11 AM. [D.E. 634].

2. The undersigned prosecutor has a lengthy motions hearing set in the morning on February 12, 2025, in *United States v. Holland*, et al., Case No. 17-CR-000234-TOTENBURG, in district court for the ND GA, in Atlanta, GA. Defense counsel is unavailable on February 13, 2025, due to a hearing in Orlando, FL.

3. The Government therefore requests a one-week extension to the status conference, and asks that it be set at any time convenient to the Court the week of February 17, 2025. Monday, February 17, is a federal holiday, and after conferring with defense counsel, they would prefer February 18-20 for this conference. February 20, 2025, presents a conflict for one of the prosecutors on this case as well; accordingly, the Government requests that the status conference be set for February 18 or 19, if possible, given the Court's schedule.

4.  The parties have met and conferred, and Counsel for the Defendant has no objection to this extension to the Government's response deadline.

5.  Based on the above, the Government respectfully submits that a continuance of the status conference until the week of February 17, 2025, as described above.

Dated: January 31, 2025  Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
DEPARTMENT OF JUSTICE

By  /s/ *James V. Hayes*
JAMES V. HAYES (FL BAR # A5501717)
Assistant Chief
AMANDA PERWIN (FL Bar # 46814)
Assistant United States Attorney - S.D.F.L.
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue
Washington, DC 2005
Telephone: (202)-774-4276
James.Hayes@usdoj.gov
Amanda.Perwin@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*James V. Hayes*